OPINION — AG — ** FIREARMS — CARRYING — FELONS ** (1) UNDER 21 O.S. 1283 [21-1283], A CONVICTED FELON MAY NOT LEGALLY POSSESS A FIREARM IN OKLAHOMA. A GUBERNATORIAL PARDON DOES 'NOT' ACT TO REMOVE THIS RESTRICTION; AND 63 O.S. 2-501 [63-2-501], PROVIDING THAT ANY PEACE OFFICER MAY CARRY A FIREARM WAS NOT INTENDED TO AND DOES NOT CREATE AN EXCEPTION TO THE PROSCRIPTION OF 21 O.S. 1283 [21-1283] (2) THE COMMISSION ON LAW ENFORCEMENT EDUCATION AND TRAINING MAY 'NOT' LEGALLY PERMIT A CONVICTED FELON TO POSSESS A FIREARM WHILE UNDERGOING TRAINING AT THE DIRECTION OF THE COMMISSION, NOTWITHSTANDING THAT THE INDIVIDUAL MAY HAVE BEEN PARDONED FOR THE CRIME OF WHICH CONVICTED. 21 O.S. 1293 [21-1293] (3) A PARDONED FELON MAY FILE TO SEEK ELECTION TO THE OFFICE OF COUNTY SHERIFF BUT, IF ELECTED, WOULD NOT BE ABLE TO COMPLETE THE FIREARMS TRAINING COURSE, AS REQUIRED BY THE COMMISSION ON LAW ENFORCEMENT EDUCATION AND TRAINING, AND PURSUANT TO 70 O.S. 3311 [70-3311](F)(1), WOULD BE REQUIRED TO FORFEIT THE OFFICE OF COUNTY SHERIFF ONE YEAR AFTER ASSUMING THE DUTIES OF THAT OFFICE. (FIREARMS TRAINING, CONVICTED FELON, CARRYING, WEAPONS, PUBLIC OFFICE, VACATE) CITE: 19 O.S. 132 [19-132], 19 O.S. 510 [19-510], 21 O.S. 1274 [21-1274], 21 O.S. 51 [21-51], 21 O.S. 1283 [21-1283], 26 O.S. 4-101 [26-4-101], 63 O.S. 2-501 [63-2-501] 70 O.S. 3311 [70-3311], 70 O.S. 3311 [70-3311](D) 70 O.S. 3311 [70-3311](F), 18 U.S.C.A. 922(G),18 U.S.C.A. 1202(B), OPINION NO. 81-283, OPINION NO. 70-211 (GOVERNOR, PARDON) (JOHN O. WALTON) ** SEE: OPINION NO. 89-532 (1989) ** ** SEE OPINION NO. 94-600 (1994) **** SEE OPINION NO. 93-600 (1994)